THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

v.

JAMES MICHAEL BRACERO-CRUZ,

Defendant.

Crim. No. 25-0281 (ADC)

**ORDER**

The record reflects that the Magistrate Judge, on March 10, 2026, issued a Report and Recommendation ("R&R") recommending the denial of defendant's motion for a Franks Hearing. **ECF No. 23**. Such motion was duly opposed by the government. **ECF No. 29**.

The Magistrate Judge made an exhaustive analysis of the applicable legal standard vis a vis defendant's allegations. Objections were due by March 24, 2026, and none were filed. On March 27, 2026, that is three (3) days after the term to object had elapsed, defendant filed a motion for extension of time, requesting an extension until April 6, 2026, to file objections. No objections were filed by April 6, 2026. The R&R was deemed unopposed. **ECF No. 36**. A second request for a further extension of time was filed on April 8, 2026. The same was also Denied. **ECF Nos. 35** and **37**. On April 9, 2026, at a status conference, the Court advanced its ruling on defendant's motion to the parties. The R&R being unopposed and having reviewed the parties' pleadings (to include the belated objections filed by defendant on April 8, 2026 (**ECF No. 38**)) the Court adopted the R&R, denied defendant's motion as one not meeting the legal threshold,

**Crim. No. 25-00281 (ADC)**                                               **Page 2**

not being supported properly by a sworn statement and the objections as untimely filed. During

the April 8th conference (**ECF No. 39**), counsel for defendant asked for reconsideration.

On May 7, 2026, defendant filed a motion for a change of plea hearing. **ECF No. 40**. Based

on this fact, any pending request for reconsideration is deemed waived.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 14th day of May 2026.

                                        **S/AIDA M. DELGADO-COLON**
                                        **United States District Judge**